IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTRAL CONSTRUCTION MANAGEMENT LLC,<br><br>                                        Plaintiff,<br>-against-<br><br>HISCOX INSURANCE COMPANY INC.,<br><br>                                        Defendant. | Docket No.:  1:23-cv-08867-SJB |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Central Construction Management, LLC and Defendant Hiscox Insurance Company Inc. by and through undersigned counsel hereby mutually stipulate and agree to the voluntary dismissal of the captioned case and that Plaintiff Central Construction Management, LLC hereby dismisses its Complaint (Doc. 1-1), **without prejudice**, and with each party to bear its own fees, costs, and expenses.

Respectfully submitted this 24th day of April, 2024.

                                                                HADDAD ASSOCIATES PLLC

                                                                   /s/ James M. Haddad
                                                                By: James M. Haddad
                                                                *Attorneys for Plaintiff Central Construction Management LLC*
                                                                25-04 40th Ave Fl 2
                                                                Long Island City NY 11101
                                                                Tel.: (212) 246-0546
                                                                Fax: (212) 937-2133
                                                                Our File:


                                                                BAILEY CAVALIERI LLC

                                                                */s/ Elan Kandel*
                                                                Elan Kandel

ekandel@baileycav.com
James M. Young (*pro hac vice*)
jyoung@baileycav.com
10 W. Broad St., Suite 2100
Columbus, Ohio 43215
Tel.:   (614) 221-3155
Fax:   (614) 221-0479
*Attorneys for Hiscox Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2024, a true and correct copy of the foregoing instrument has been delivered through the Court's e-filing system to all parties.

/s/ *Elan Kandel*
Elan Kandel (EK 8645)